IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEILA MANNIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Court No. 10 C 1835 |
| v. | ) | |
| | ) | Judge Norgle |
| DANIEL P. SHEETZ, *et al.*, | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

### DEFENDANT BETAR'S MOTION TO DISMISS

Defendant, the HONORABLE MICHAEL B. BETAR, ("Defendant Betar"), by and through his attorney, LISA MADIGAN, Illinois Attorney General, hereby moves this Honorable Court to dismiss the claims against him pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In support thereof, Defendant Betar states as follows:

1. Plaintiff's Complaint should be dismissed because SHEILA MANNIX, as Plaintiff, improperly removed her state case 2009 CH 5790 to federal court. Under 28 U.S.C. Section 1446, only Defendants may remove cases to federal court.

2. Plaintiff has failed to properly allege a deprivation of her rights under the Fourteenth Amendment. "There is no direct cause of action under the Fourteenth Amendment; litigants must proceed under [42 U.S.C.] Section 1983." Young, M.D. v. State of Illinois, 111 F.3d 134(Table)(7th Cir. 1997).

3. Plaintiff's Complaint should be dismissed for failure to comply with Federal Rules of Civil Procedure 8(e)(1) and 10(b).

4. Plaintiff has failed to state a claim for relief as Defendant Betar is entitled to absolute judicial immunity.

5. Plaintiff's claims against Judge Betar are barred by the Eleventh Amendment.

WHEREFORE, Defendant, the Honorable Michael Betar, prays that this Honorable Court dismiss the claims against him in their entirety.

LISA MADIGAN
Illinois Attorney General

Respectfully submitted,

/s/ Diane K. Moshman
DIANE K. MOSHMAN
RONALD A. RASCIA
Assistant Attorneys General
General Law Bureau
100 W. Randolph St. 13th Fl.
Chicago, Illinois 60601
(312) 814-5179/3647

**CERTIFICATE OF SERVICE**

   The undersigned attorney hereby certifies that the aforementioned document was filed on April 23rd through the Court's CM/ECF system. Parties of record may obtain a copy of the paper through the Court's CM/ECF system. The undersigned further certifies that a copy of the aforementioned document was served by U.S. Mail on this 23rd day of April, 2010, to the persons listed herein.

                      /s/ Diane K. Moshman